THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

RICKEY LETT,                        )
                                    )
    PLAINTIFF,                      )
                                    )
V                                   )   2:17-CV-336-MHT-TFM
                                    )
CITIFINANCIAL SERVICING LLC.        )   DEMAND FOR JURY TRIAL
AND CITIFINANCIAL                   )
                                    )
    DEFENDANTS                      )

RECEIVED
2017 MAY 23 P 2:39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Come now the Plaintiff Pursuant to Rule 1 of the Federal Rules of Civil Procedure and Order of the Court.

PARTIES

The Plaintiff Rickey Lett, is over the age of Nineteen (19) years, a citizen of the United States and State of Alabama and reside at 1249 Sandlewood Drive, Montgomery, Alabama 36117.

The Defendants, CitiFinancial Servicing LLC. 2620 Creighton Road, Suite 701, Pensacola, Florida 32504 And CitiFinancial 1960 Gadsden HWY, Cedar Creek Plaza #116, Birmingham, Alabama 35235.

I the Plaintiff Rickey Lett File this lawsuit in relating to: 91 U.S. 367,375.

## ALLEGATIONS

On or about April 1, 2013 to January 31, 2017, CitiFinancial Servicing LLC. of Pensacola, Florida became the 2nd Mortgagor of my house, Then they transferred to CitiFinancial of Birmingham Alabama, which became the 3rd Mortgagor for February, March and April, Then they transferred to Bayview Loan Servicing LLC. P. O. Box 650091, Dallas, Texas 75265-0091, which is the 4th Mortgagor, which began May 2, 2017.

CitiFinancial Servicing LLC. and CitiFinancial of Birmingham, Alabama, interest rate was 11.290% which is $7.30 a day for 30 or 31 days which ever occured each month. Both CitiFinancial of Pensacola, Fl. and CitiFinancial of Birmingham,Al improperly over charged me interest which was made on time.

RACKETEERING: originally, an organized conspiracy to commit extortion. Today, punishable offenses created by Congress to "seek the eradication of organized crime by establishing new penal prohibitions and by providing enhanced sanctions and new remedies to deal with unlawful activities of those engaged in organized crime." Pub.L.91-452,§1,84 Stat.922(1970).The federal statute is entitled " RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT [RICO]" under Title IX of the Organized Crime Control Act of 1970 (18U.S.C.§§ 1961-68) and many states have adopted similar statutes,e.g,N.J.S.A. 2C:41-1.1 et seq.

Their interest was based on an False improper transaction. Both agencies,

"Fraudulent making or altering of writing with the intent to prejudice the right of another" 167 N.E. 101, 104;

Making of a false instrument or the passing of an instrument known to be false, 72P. 2d 656, 660.

In Pursuant to Rule 38. Right to a Jury Trial: Demand. Both agencies showed biasness and abuse to my account which was made on time. With Propensity or prepossession the tendency was prejudice.

> " Civil Rights Act of 1964, 42U.S.C. § 2000a et seq. (1964), comprehensive legislation intended to end discrimination based on race, color, religion or national origin."

Brown V Board of Education, 347 U. S. 483 (1954); 349 U.S. 294 (1955), Civil Right Act of 1964, 42 U.S. C. §§ 1981 et seq.

Both CitiFinancial of Pensacola, Fl and CitiFinancial of Birmingham, Al fail to perform the true element ethic of the contract which they were bound by.

> BREACH(OF CONTRACT)  A party's failure to perform some contracted-for or agreed-upon act, or his failure to comply with a duty imposed by law which is owed to another or to society. 682 F. 2d 883,885.

In Pursuant to Rule 8 (a) 1.2 A demand for relief sought. Both CitiFinancial of Pensacola, Fl and CitiFinancial of Birmingham, Al violated reliableness, veracious.

" Breach of Trust, Violation by a trustee of a duty which equity lays upon him, whether willful and Fraudulent, or done through Negligence. " 150 P.2d 604, 648.

I here by petition the Honorable and Respectful Court for the Judgement of $850,000 from the Defendants in Compensatory and Punitive Damages.

5/28/17
DATE

RICKEY LETT
334 220-7798