IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RICKEY LETT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITIFINANCIAL SERVICING, ) <br> LLC, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 2:17cv336-MHT <br> (WO) |

## OPINION

Plaintiff, proceeding *pro se*, filed this action for breach of contract contending that he was not charged the proper interest rate on his loan. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss be granted and plaintiff's motion for a retrial be denied as moot. Also before the court are the plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of January, 2018.

                                /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**