IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RICKEY LETT,                      )
                                  )
    Plaintiff,                    )
                                  )   CIVIL ACTION NO.
    v.                            )   2:17cv336-MHT
                                  )       (WO)
CITIFINANCIAL SERVICING,          )
LLC,                              )
                                  )
    Defendant.                    )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. nos. 37 & 38) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 36) is adopted.

(3) Defendant's motion to dismiss (doc. no. 30) is granted.

(4) Plaintiff's complaint (doc. no. 1) is dismissed without prejudice.

(5) Plaintiff's motions for a retrial (doc. no. 32) and for judgment on the merits (doc. no. 37) are denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of January, 2018.

                                  /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**